**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF NORTH CAROLINA**

FILED IN THIS OFFICE
APR 30 2025
Clerk U.S. District Court
Greensboro, NC
BY

**Sriharsha Daram**, Plaintiff,

v.

**Arjun Lagisetty** and **US Software Professionals Inc.**, Defendants.

**CIVIL ACTION NO.** 25CV334

## MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT

Plaintiff **Sriharsha Daram**, appearing *pro se*, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 64 and the North Carolina Prejudgment Attachment Statute (N.C. Gen. Stat. §1-440 et seq.), for issuance of a **Prejudgment Writ of Attachment** against the assets of Defendants **Arjun Lagisetty** and **US Software Professionals Inc.**, and in support thereof states as follows:

## I. BASIS FOR RELIEF

1. Plaintiff has filed a Complaint asserting claims under the Fair Labor Standards Act (FLSA), North Carolina Wage and Hour Act (NCWHA), and state common law, including for unpaid wages, retaliation, misclassification, coercion, and intentional infliction of emotional distress, with total damages claimed at **$2,000,000**.
2. The Complaint establishes a strong likelihood of success on the merits, supported by factual allegations and documentation spanning a 9-year employment relationship marked by repeated wage suppression, intimidation, and delayed compensation.

3. Upon information and belief, Defendants currently possess significant liquid and/or movable assets, including but not limited to funds in personal and business bank accounts.
4. Plaintiff reasonably believes and fears that Defendants, upon receiving notice of the Complaint, may attempt to **transfer, conceal, or dissipate assets** to frustrate enforcement of any future judgment.
5. Such conduct would irreparably harm Plaintiff's ability to collect on a legitimate claim, and cause ongoing and compounding financial and emotional harm.
6. Issuance of a prejudgment writ of attachment is necessary to protect Plaintiff's ability to recover if judgment is entered in his favor.

## II. LEGAL STANDARD

7. Federal Rule of Civil Procedure 64 authorizes prejudgment remedies, including attachment, as provided by the law of the state where the court is located.
8. Under **N.C. Gen. Stat. §1-440.1 et seq.**, attachment is proper where the plaintiff can show a probable right to recover and that the defendant is attempting to dispose of, remove, or secrete property with intent to defraud creditors or evade judgment.
9. Plaintiff meets both conditions: (a) he has stated meritorious claims supported by credible documentation and testimony; and (b) he has reason to believe that Defendants may attempt to move assets outside the jurisdiction or shield them from judgment enforcement.

## III. REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Issue a Prejudgment Writ of Attachment against all property of Defendants Arjun Lagisetty and US Software Professionals Inc. within this jurisdiction, including but not limited to funds held in bank accounts;

B. Permit Plaintiff to immediately issue subpoenas to financial institutions for the purpose of identifying all bank accounts, custodians, and asset holdings in Defendants' names;

C. Authorize Plaintiff, upon receipt of subpoena responses or at Plaintiff's discretion, to serve the writ upon applicable financial institutions and parties in possession of assets belonging to the Defendants;

D. Grant Plaintiff leave to conduct limited, expedited post-filing discovery solely to identify financial institutions, custodians, and accounts in which Defendants hold property;

E. Set a hearing, if necessary, to determine the scope and duration of the attachment;

F. Grant such other and further relief as the Court deems just and proper.

Because this case seeks recovery of unpaid wages and liquidated damages, Plaintiff respectfully requests that any bond be waived or, in the alternative, set at a nominal amount.

**Respectfully submitted,**

/s/ Sriharsha Daram

2854 Donegal Dr

Kannapolis, NC 28081

(801) 560 2241

sriharsha.0722@gmail.com

Dated: April 22, 2025