**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

FILED
MAY 19 2025
Clerk U.S. District Court
Greensboro NC
BY

**Sriharsha Daram,** Plaintiff,

v. Case No. 1:25-cv-00334-WO-JEP

**Arjun Lagisetty, et al.,** Defendants.

# PLAINTIFF'S MOTION TO SEAL DOCKET ENTRIES 1 AND 3

I, **Sriharsha Daram**, the pro se plaintiff in this matter, respectfully move the Court to seal Docket Entries **1** (Complaint and Demand for Jury Trial) and **3** (Motion for Prejudgment Writ of Attachment).

These filings contain **emotionally sensitive and deeply personal information** that was submitted without fully understanding the public and permanent nature of federal court records. As a non-attorney litigant, I was unaware that the contents of these filings would be automatically and publicly disseminated across third-party websites such as Justia, UniCourt, CourtListener, and others, leading to widespread online exposure.

The public availability of this material is causing me **severe emotional distress and reputational harm**. The details in these documents are **not essential to the legal merits of the case**, and sealing them would **not impair public understanding** of the core dispute.

This request is **narrowly tailored** to protect my privacy and dignity while maintaining the transparency of the overall proceedings. I respectfully ask the Court to issue an order sealing Docket Entries 1 and 3.

Plaintiff further respectfully requests that this Motion to Seal itself be filed under seal, or sealed upon the Court's review, as it briefly references the nature of the sensitive material in Docket Entries 1 and 3.

Thank you for your consideration.

Respectfully submitted,

**Sriharsha Daram**

2854 Donegal Dr.

Kannapolis, NC 28081

Phone: (801) 560-2241

Email: sriharsha.0722@gmail.com

Date: 05/14/2025