FILED
MAY 27 2025
Clerk U.S. District Court
Greensboro, NC
BY

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

**Sriharsha Daram,**
Plaintiff,

v.

**Case No. 1:25-cv-00334-WO-JEP**

**Arjun Lagisetty and**
**US Software Professionals Inc.,**
Defendants.

## AFFIDAVIT IN SUPPORT OF PREJUDGMENT WRIT OF ATTACHMENT

I, Sriharsha Daram, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter and make this affidavit in support of my Motion for Prejudgment Writ of Attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and N.C. Gen. Stat. § 1-440.1 et seq.
2. This civil action seeks to recover damages in the amount of approximately **$2,000,000**, arising from **wage misclassification**, **unlawful employment practices**, and the resulting **emotional and reputational harm** caused by the Defendants.
3. Upon information and belief, **Defendant Arjun Lagisetty** is not a resident of North Carolina. He resides outside the jurisdiction of this Court and maintains control over financial assets that may be **transferred, concealed, or dissipated** upon notice of this litigation.
4. The Defendant controls at least **two financial accounts at Bank of America**, as demonstrated by the following:

a. A check dated **Mar 7th, 2025**, in the amount of **$20,000.00**, was issued to me by **US Software Professionals Inc.**, using **Bank of America routing number 071103619** and **account number ending in 08828**.
b. Additionally, I came into possession of a check dated **January 17, 2025**, in the amount of **$529.07**, issued by **IG ENTERTAINMENT RI LLC**, drawn from a **Bank of America routing number 071103619** and **account ending in 85081**, and made payable to **Johnson Bros Rhode Island**. While this check appears to have been sent to me in error and was intended for another recipient, its existence further confirms the Defendant's control over multiple active accounts used to manage business disbursements.

5. Both checks appear to be signed by an authorized representative of the respective entities, and based on the context and my experience as an employee of the Defendants, I reasonably believe that **Arjun Lagisetty maintains control or direction over both accounts**. These entities—**US Software Professionals Inc.** and **IG ENTERTAINMENT RI LLC**—are connected to the Defendant and are believed to be operated under his authority and discretion.
6. These records provide credible evidence that the Defendant actively controls substantial financial assets across corporate entities and may take steps to **move or hide these funds**, thereby frustrating the enforcement of any final judgment.
7. My request for a writ of attachment is made in **good faith** to preserve the **status quo** and **protect the enforceability of a lawful judgment**, not to harass the Defendants.
8. In accordance with **N.C. Gen. Stat. § 1-440.10**, I have enclosed a **cashier's check in the amount of $2,000** as bond to serve as security in the event the attachment is later deemed wrongful.
9. I respectfully request that this Court issue a **Prejudgment Writ of Attachment** on assets held or controlled by **Arjun Lagisetty and US Software Professionals Inc.**, including but not limited to:
   **a.** All accounts at **Bank of America**
   **b.** Any accounts associated with **US Software Professionals Inc.** or **IG ENTERTAINMENT RI LLC**
   c. Any accounts later discovered to be **under the beneficial ownership, control, or signature authority** of Defendant Arjun Lagisetty

Executed this **21st day of May, 2025**.

Sriharsha

**Sriharsha Daram**

801-560-2241

sriharsha.0722@gmail.com