FILED
JUN 25 2025
Clerk U.S. District Court
Greensboro, NC
BY JCS

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF NORTH CAROLINA**

Sriharsha Daram,

Plaintiff,

v.

Arjun Lagisetty and

US Software Professionals Inc.,

Defendants.

Case No. 1:25-cv-00334-WO-JEP

# SUPPLEMENTAL MOTION TO SEAL

Plaintiff Sriharsha Daram respectfully submits this supplemental request asking the Court to seal certain exhibits previously filed in this case that contain personal financial information.

Plaintiff seeks to protect:

- Copies of personal and business checks showing financial transactions;
- Bank account numbers, financial institution details;
- Personal emails related to private employment matters;
- Other sensitive financial and personal information.

Plaintiff believes that public disclosure of these materials could result in:

- Possible misuse of personal financial information;
- Harassment or privacy invasion;
- Harm to Plaintiff's personal and professional reputation.

Plaintiff understands the Court balances privacy with public access, and respectfully believes that sealing these particular materials is appropriate to protect against unnecessary privacy risks.

Respectfully submitted,

Executed this 23rd day of June, 2025.

Sriharsha Daram

Plaintiff (Pro Se)

2854 Donegal Dr

Kannapolis, NC 28081

801-560-2241

sriharsha.0722@gmail.com