EXHIBIT A

**Accounts Ussp** <accounts@ussoftwarepro.com>
to Sriharsha, Hemalatha, me, HR

Sat, Mar 15, 12:33 PM

Thank you for confirming the $20,000 check payment to Sriharsha Daram for the work performed from June 2024 to November 2024. We appreciate your services and will compute the final balance shortly. Please notify us after the check has been deposited.

As part of our records, we do not have a completed W-9 form on file for you. Please send us the completed Form W-9 (Rev. March 2024) at your earliest convenience. This form is a legal requirement for IRS compliance.

...

--

Thanks,

Hemalatha Jayakumar
Manager - Accounts
***US Software Professionals, Inc***
*Ph: 312 546 4306 Ext: 2*
*Fax: 312 253 2026.*

Note: Under Bill s.1618 Title III passed by the 105th U.S. Congress this mail cannot be considered Spam as long as we include contact information and a remove link for removal from our mailing list. To be removed from our mailing list reply to <

...

**Sriharsha** <sriharsha.0722@gmail.com>
to Accounts, Hemalatha, me, HR

Mon, Mar 17, 1:10 PM

Hi,

I am working on preparing the w-9 now. In the meantime, can you process another $15k towards the balance? We can finalize the remaining $15k smoothly afterward.

Regards,
Harsha

...

4925-6420-8480, v. 1