IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO.: 1:25-cv-334-WO-JEP

| | | |
|---|---|---|
| SRIHARSHA DARAM,<br><br>Plaintiff,<br><br>v.<br><br>ARJUN LAGISETTY and U.S. SOFTWARE PROFESSIONALS INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | **MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITIVE STATEMENT ON BEHALF OF DEFENDANTS** |

Defendants Arjun Lagisetty and U.S. Software Professionals Inc. ("Defendants"), by and through undersigned counsel, respectfully move the Court for an Order dismissing Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6), or, in the alternative, for an Order requiring Plaintiff to provide a more definite statement pursuant to Rule 12(e). In support of this motion, Defendants state as follows:

1. Plaintiff still has not properly served Defendant U.S. Software Professionals Inc. in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Summons and Amended Complaint were left with the spouse of an officer at a residential address, not at a corporate office and not with an authorized agent under Rule 4(h). Accordingly, Plaintiff's claims against U.S. Software Professionals Inc. must be dismissed pursuant to Rule 12(b)(5).

2. Plaintiff has not properly effectuated service as required by Rule 4, this Court lacks personal jurisdiction over U.S. Software Professionals Inc. Plaintiff's amendment does not cure this defect. Therefore, dismissal under Rule 12(b)(2) remains required.

3. Plaintiff's Amended Complaint still fails to state any claim upon which relief can be granted. Although Plaintiff added a single week-specific allegation and made minor edits to the IIED count, the factual allegations remain vague, conclusory, and insufficient to put Defendants on notice of the claims asserted.[1] Plaintiff does not allege facts establishing that he was an "employee" under the Fair Labor Standards Act or the North Carolina Wage and Hour Act, nor does he allege sufficient facts to support required elements of minimum wage, retaliation, contract, quasi-contract, or tort claims. Accordingly, the Amended Complaint fails to satisfy Rule 8(a) and must be dismissed under Rule 12(b)(6).

4. The face of the Amended Complaint continues to show that most of Plaintiff's allegations fall outside the applicable statutes of limitations. Plaintiff filed suit in April 2025 but seeks to recover for alleged wage

[1] In seeking leave to amend, Plaintiff expressly represented to the Court that the amendment had a "narrow purpose," stating that it "adds one week-specific FLSA allegation identifying a particular workweek by date, hours worked, and pay actually received that week, and includes a brief two-sentence clarification in the IIED count." Plaintiff further represented that "[n]o new parties or causes of action are added." (Pl.'s Mot. for Leave to File First Am. Compl. ¶ 1.).

practices dating back to 2016. The amendment does not cure the time-barred nature of these claims, and they remain subject to dismissal pursuant to Rule 12(b)(6).

5. Plaintiff's allegations concerning his alleged contractor status after June 2024 still do not support viable claims under the Fair Labor Standards Act or North Carolina Wage and Hour Act. Plaintiff added no factual allegations establishing employer control, an agreed wage, economic-reality factors, or any other basis for statutory coverage.

WHEREFORE, Defendants respectfully request that the Court GRANT this Motion to Dismiss and dismiss Plaintiff's First Amended Complaint with prejudice as to Defendants Arjun Lagisetty and U.S. Software Professionals Inc. pursuant to Rules 12(b)(2), (5), and (6); or, in the alternative, require Plaintiff to file a more definite statement pursuant to Rule 12(e), and award such other and further relief as the Court deems just and proper.

This the 2nd day of January, 2026.

BY: /s/ Aliyah S. Adams
ALIYAH S. ADAMS
N.C. State Bar No. 58756
VINCE EISINGER
N.C. State Bar No. 57646
CRANFILL SUMNER LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919-828-5100

Email: aadams@cshlaw.com
veisinger@cshlaw.com
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record and the pro se plaintiff:

Sriharsha Daram
2854 Donegal Dr
Kannapolis, North Carolina 28081
Email: sriharsha.0722@gmail.com
*Pro Se Plaintiff*

BY: /s/ Aliyah S. Adams
ALIYAH S. ADAMS
N.C. State Bar No. 58756
VINCE EISINGER
N.C. State Bar No. 57646
CRANFILL SUMNER LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919-828-5100
Email: aadams@cshlaw.com
veisinger@cshlaw.com
*Attorney for Defendants*